■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUDOLPH BROWN, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered August 15, 1963 on his plea of guilty, convicting him of attempted burglary in the third degree, and sentencing him, as a second felony offender, to serve a term of 2½ to 10 years. Judgment affirmed. By not attacking the sufficiency of the indictment at or before the time he was called for judgment, defendant has waived any objection thereto (*People* v. *Willett*, 213 N. Y. 368); and by his plea of guilty, defendant

waived any objection to the legality of his arrest (*People* v. *Burns*, 19 Misc. 680). Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.